In the Matter of the Application of JOHN H. WAGNITZ for Admission to Practice as an Attorney. (From the State of Ohio.) — Application granted. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ.

(December 20, 1954.)

■

DELLA BERNSTEIN, Respondent, v. PIERRE DAVID-WEILL et al., Defendants, and LAZARD FRERES & Co., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

JOHN CHRISTENSEN, Respondent, v. CHRISTENSEN'S BAKERY, INC., Appellant. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

PASQUALE DI BENEDETTO, Appellant-Respondent, v. MICHELINA D'E. DI BENE-DETTO, Respondent-Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See ante, p. 982.]

■

ANNIE HEGEMAN et al., Respondents, v. A. ALFRED CONRAD, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. [See ante, p. 969.]

■

In the Matter of ABE KLEIN, Appellant. SAMUEL A. LARNER, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See ante, p. 900.]

■

ABRAHAM KARPER, Respondent, v. KARDWHEEL CORPORATION et al., Appellants.— Motion to dismiss appeal granted, with $10 costs, and appeal dismissed, with $10 costs and disbursements. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.